S.D.N.Y.-N.Y.C.<br>
09-cv-7940<br>
Rakoff, J.<br>
Maas, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand thirteen.

Present:
> Jon O. Newman,
> Ralph K. Winter,
> Christopher F. Droney,
> > *Circuit Judges.*

Walkins Contreras,

> *Petitioner-Appellant*,
>
> v.                                            13-1117

Dale Artus, Superintendent Clinton Corr. Facility,

> *Respondent-Appellee.*

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is GRANTED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk



SAO-SSH